# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARRETT NELSON, | : | |
|         Plaintiff | : | CIVIL ACTION |
| v. | : | No. 19-cv-1452 |
| | : | |
| TARGET CORPORATION, | : | |
|         Defendant | : | |

## ORDER

This 17th day of May, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 4), it is hereby **ORDERED** that the Motion is **GRANTED**. The Complaint as it appears in Defendant's Notice of Removal (ECF No. 1) is **DISMISSED**, without prejudice.

                                                                /s/ Gerald Austin McHugh
                                                  United States District Judge